United States District Court for the District of Oregon Eugene Division

One Original set
One True Copy set. wicimid..

To the Court and Pro Bono Counsel.

From Plaintiff Protected Class Person A.D.A. disabled on Independent Living with verifiable orthopedic difficulties presently exposed to the elements Living on the street. William Craig Macdonald.

I present am requesting that during and after all scheduled proceedings and thorough investigations prior present future upon jury verdicts that my Social Security benefits general welfare benefits not be diminished or cancelled unless after jury trial verdicts fair dealing equitable adjustments to my contracted general welfare benefits in event of award by jury the court of actual compensatory punitive damages remedies of just relief to I present in all of these cases before the Court; Counsel Pro Bono appointed from all listed Defendants. wicimid.

signature Plaintiff.
William Craig Macdonald