IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM CRAIG MACDONALD,

    Plaintiff,

v.

MICHAEL C. NEWTON, et al.,

    Defendants.

Civ. No.    6:14-cv-1630-TC

OPINION AND ORDER

**MCSHANE, Judge**:

On October 14, 2014, pro se plaintiff, William Macdonald, filed this action against numerous people alleging refusal to rent property to him. On October 17, 2014, after granting in forma pauperis status, the court dismissed plaintiff's complaint for failure to adequately allege any claims. The court allowed plaintiff 30 days to file an amended complaint curing the deficiencies and warned plaintiff that a failure to do so would result in dismissal of this action. Plaintiff has since filed a form for the Marshal to use to effect process but, as of this date, plaintiff has failed to respond with an amended complaint. Accordingly, this action is dismissed for failure to prosecute and failure to follow a court order.

## CONCLUSION

This action is dismissed.

IT IS SO ORDERED.

DATED this 24 day of November 2014.

                      Michael J. McShane
                      United States District Judge

1 – OPINION AND ORDER